# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS, as personal representative
of the Estate of Abelardo Montes, deceased,

    Plaintiff,

v.                                                                                                  Civ. No. 23-983 JMC/SCY

WEXFORD HEALTH SOURCES, INC.;
STATE OF NEW MEXICO; NEW MEXICO
CORRECTIONS DEPARTMENT; CORECIVIC
of TENNESSEE, LLC; DAVID JABLONSKI,
Secretary of Corrections, in his individual capacity;
CASAUNDRA LACKEY, Health Services
Administrator, in her individual capacity;
ORION STRADFORD, Bureau Chief, in his
individual capacity; STEVE MADRID, Grievance
Officer, in his individual capacity; HEIDI JUESON,
Grievance Officer, in her individual capacity;
DR. DIETER DENNIG, Medical Director/Facility
Medical Director, in his individual capacity; DR. JOSE
ANDRADE, in his individual capacity; and JOHN
DOES 1-10 in their individual and official capacities,
(employees, staff, agents of WEXFORD HEALTH
SOURCES, INC.; STATE OF NEW MEXICO; NEW
MEXICO CORRECTIONS DEPARTMENT; CORECIVIC
of TENNESEE, LLC, respectively).

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

    This matter comes before the Court on the Order to Show Cause, filed February 12, 2024. Doc. 3. Given that Plaintiff has now served all the named Defendants and that the undersigned, in a separately filed Proposed Findings and Recommended Disposition, recommends the John Doe Defendants be dismissed, the Court quashes the Order to Show Cause. In doing so, the Court makes no findings as to the timeliness of service as to the named Defendants.

**IT IS SO ORDERED.**

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE