IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS, as personal
representative of THE ESTATE OF
ABELARDO MONTES, deceased,

    Plaintiff,

v.                                                                1:23-cv-00983-JMC-SCY

WEXFORD HEALTH SOURCES, INC.; STATE OF
NEW MEXICO; NEW MEXICO CORRECTIONS
DEPARTMENT; CORECIVIC of TENNESSEE, LLC;
DAVID JABLONSKI, SECRETARY OF CORRECTIONS,
in his individual capacity; CASAUNDRA LUCKEY,
HEALTH SERVICES ADMINISTRATOR, in her
individual capacity; ORION STRADFORD, BUREAU
CHIEF, in his individual capacity; STEVE MADRID,
GRIEVANCE OFFICER, in his individual capacity;
HEIDI JUESON, GRIEVANCE OFFICER, in her
individual capacity; DR. DIETER DENNIG, MEDICAL
DIRECTOR/FACILITY MEDICAL DIRECTOR, in his
individual capacity; DR. JOSE ANDRADE, in his
individual capacity; and JOHN DOES 1-10 in their
individual and official capacities, (employees, staff, agents
of WEXFORD HEALTH SOURCES, INC.;
STATE OF NEW MEXICO; NEW MEXICO
CORRECTIONS DEPARTMENT; CORECIVIC of
TENNESSEE, LLC, respectively),

    Defendants.

**STIPULATED ORDER DISMISSING WITH PREDJUDICE
DEFENDANTS JOSE ANDRADE, DIETER DENNIG, AND CASAUNDRA LUCKEY**

       THIS MATTER came before the Court on the Joint Motion to Dismiss With Prejudice Defendants Jose Andrade, Dieter Dennig, and Casaundra Luckey. The Court, having reviewed the Motion, noted that it is unopposed, and otherwise informed itself in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint shall be, and hereby is, dismissed with prejudice as to Defendants Jose Andrade, Dieter Dennig, and Casaundra Luckey;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims brought in, or that could have been brought in, Plaintiff's Complaint shall be, and hereby are, dismissed with prejudice as to Defendants Jose Andrade, Dieter Dennig, and Casaundra Luckey; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each of the Joint Movants is to bear its own costs and fees in connection with the matters decided herein.

IT IS SO ORDERED.

    /s/ Joel M. Carson III\
THE HON. JOEL M. CARSON, III\
United States Circuit Judge

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC

/s/ Geoffrey D. White\
Geoffrey D. White\
Alfred A. Park\
3840 Masthead St., NE\
Albuquerque, NM 87109\
gwhite@parklawnm.com\
apark@parklawnm.com\
*Counsel for Wexford Health Sources, Inc., Jose Andrade, and Dieter Dennig*

AGREED AS TO FORM:

LAW OFFICE OF MARY T. TORRES

/s/ Electronically approved 11/15/2024\
Mary T. Torres\
201 Third St. NW, Ste. 1950\
Albuquerque, NM 87102\
mtt@marytorreslaw.com\
*Counsel for New Mexico Corrections Department, David Jablonski, Orion Stradford, and Steve Madrid*

COLLINS & COLLINS, P.C.

*/s/ Electronically approved 11/15/2024*
Parrish Collins
Alysan Boothe Collins
Francheska Bardacke
Rebekah Wright
P.O. Box 506
Albuquerque, NM 87103
parrish@collinsattorneys.com
alysan@collinsattorneys.com
francheska@collinsattorneys.com
rebekah@collinsattorneys.com

 - and -

SANDOVAL FIRM
Richard A. Sandoval
1442-D S. St. Francis Drive Santa Fe, NM 87505
rick@sandovalfirm.com
*Counsel for Plaintiff*