IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENIO S. MATHIS, as personal
representative of THE ESTATE OF
ABELARDO MONTES, deceased,

    Plaintiff,

v.  1:23-cv-00983-JMC-SCY

WEXFORD HEALTH SOURCES, INC., *et al.*,

    Defendants.

### STIPULATED ORDER DISMISSING WITH PREJUDICE WEXFORD HEALTH SOURCES, INC.

THIS MATTER came before the Court on the Joint Motion to Dismiss With Prejudice Wexford Health Sources, Inc. ("Wexford"), in the above-styled and -numbered cause of action. The joint motion is unopposed. The Court grants the parties' joint motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed with prejudice against Wexford Health Sources, Inc.;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims brought in, or that could have been brought in, Plaintiff's Complaint are dismissed with prejudice against Wexford Health Sources, Inc.; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each party shall bear its own costs and fees in connection with the matters herein decided.

IT IS SO ORDERED.

                                                /s/ Joel M. Carson III
                                                JOEL M. CARSON III
                                                United States Circuit Judge
                                                Sitting by Designation